# Court of Appeals
# of the State of Georgia

ATLANTA, June 24, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0433. ARMISHA MAYS et al. v. ALLEN & NOLAN BOYD, LLC.

On March 4, 2025, the trial court entered an order disbursing funds in connection with the sale of Allen & Nolan Boyd, LLC's interest in certain real property. Applicants, Armisha Mays et al., filed a direct appeal and an application for discretionary appeal from the trial court's order in the Supreme Court of Georgia. After finding no basis for exercising its jurisdiction, the Supreme Court transferred both the direct appeal and the discretionary application to this Court on May 21, 2025. See Case Nos. S25A1026 & S25D1089. The direct appeal has been docketed in this Court as Case No. A25A1993 and the discretionary application has been docketed under Case No. A25D0433. Because the instant discretionary application seeks appellate review of the same trial court order at issue in Case No. A25A1993, it is duplicative of that pending appeal.[1] According, this application for discretionary appeal is hereby DISMISSED as superfluous.[2]

---

[1] Moreover, we note that this action does not appear to fall within one of the categories of cases for which a discretionary application is required to seek appellate review under OCGA § 5-6-35 (a).

[2] At this juncture, we express no opinion on whether the trial court's order was non-final, in which case compliance with the interlocutory appeal procedures would be required to seek appellate review. See OCGA § 5-6-34 (a), (b); *Scruggs v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991).

The parties are DIRECTED to submit all future filings in this appeal under Case No. A25A1993.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__06/24/2025_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*